# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: APPOINTMENT TO DOMESTIC | : | No. 609 |
| | : | |
| RELATIONS PROCEDURAL RULES | : | CIVIL PROCEDURAL RULES DOCKET |
| | : | |
| COMMITTEE | : | |
| | : | |
| | : | |

## ORDER

**PER CURIAM:**

**AND NOW**, this 13th day of November, 2014, The Honorable Bruce F. Bratton, Dauphin County, is hereby appointed as a member of the Domestic Relations Procedural Rules Committee commencing January 2, 2015, to complete the remaining term of The Honorable Carol L. Van Horn, expiring November 10, 2016.